**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ETTA TATE** **PLAINTIFF**
**#260000198**

**V.** **Case No. 4:26-CV-00986-JM-BBM**

**BRIEANN COSTON, "Dr. Cory,"**
**APRN, Dallas County Det. Center** **DEFENDANT**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Etta Tate is allowed to PROCEED with his medical-deliberate-indifference claim against Defendant Brieann Coston in her individual capacity.

2. Tate's official-capacity claim is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 22nd day of October, 2026.

UNITED STATES DISTRICT JUDGE